# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ZEEV VINIK** and **JANY VINIK,**
Appellants,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D18-734

[February 21, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. 2016-CA-007110.

Lee H. Schillinger of Law Offices of Lee H. Schillinger, P.A., Weston, for appellants.

Michael K. Winston and Dean A. Morande of Carlton Fields Jorden Burt, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***